AO 442 (Rev. 10/95) Warrant for Arrest

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

oOo



**FILED**

JUL 2 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY __J. HELLINGS__
DEPUTY CLERK

**UNITED STATES OF AMERICA**
**v.**

Jorge LOPEZ

**WARRANT FOR ARREST**

CASE NUMBER:

YOU ARE HEREBY COMMANDED to arrest Jesus LOPEZ         1:09 MJ  00170   DLB

and bring him or her forthwith to the nearest magistrate to answer a(n)

__ Indictment     __ Information     _X_ Complaint     __ Order of court     __ Violation Notice     __ Probation Violation

charging him or her with (brief description of offenses)
knowingly and intentionally conspiring to possess methamphetamine with intent to distribute,

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 846

| | |
|---|---|
| Hon. Dennis L. Beck | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer | July 27, 2009 — Date and Location |

Bail fixed at     $ No Bail     by     Hon. Dennis L. Beck
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 7/27/09 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/28/09 | SA Brent Chup | /s/ |