ARTURO HERNANDEZ-M, Attorney at Law
15 South 34th St.
San Jose, California   95116
Phone  (408) 729-5785
Fax    (408) 729-0167
California Bar No. 108980
Email: artlawoff@aol.com

Attorney for Jorge Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,          Case No. 1:09-cr00299-LSO

               Plaintiff,
                               NOTICE OF APPEARANCE
vs.

JORGE LOPEZ,
               Defendant.
_____/

TO:   UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD,   THE ASSISTANT UNITED STATES ATTORNEY, AND TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL INTERESTED PARTIES IN THIS MATTER:

Arturo Hernandez-M hereby enters an appearance on behalf of Defendant, JORGE LOPEZ.


August 21, 2009          Respectfully submitted,

                                      /s/ Arturo Hernandez-M
                                      _____
                                      Arturo Hernandez-M
                                      Attorney for Defendant
                                      JORGE LOPEZ

|   |   |   |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT | |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

THE UNITED STATES OF AMERICA,   Case No. 1:09-CR-00299-LSO

          Plaintiff,

                                 CERTIFICATE OF SERVICE

vs.

JORGE LOPEZ,

          Defendant

_____/

     This is to certify that on the 21th day of August 21, 2009, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

OFFICE OF THE ASSISTANT UNITED STATES ATTORNEY

                                         /s/ Arturo Hernandez-M

                                         _____
                                         Declarant
                                         Arturo Hernandez-M
                                         Attorney for Defendant
                                         JORGE LOPEZ