# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09CR00299-005 LJO |
| Plaintiff, | ORDER ON REQUEST FOR PROPER SENTENCE CALCULATIONS |
| v. | |
| JORGE LOPEZ, | |
| Defendant. | |

The Court has received the Defendant's Motion to Reconsider Sentence prior to Issuance of Judgment, and the Government's Notice of Non-opposition to Defendant's Motion to Reconsider Sentence prior to Issuance of Judgment. The Motion Hearing currently set for 10/1/2010 has been vacated.

The Court finds that the total offense level is 31, Criminal History Category is I, Guideline Range is 108-135. The appropriate sentence is the statutory minimum of 120 months.

It is hereby ordered that the Judgment is to conform to this order.

DATED: September 29, 2010      /s/ Lawrence J. O'Neill
                               LAWRENCE J. O'NEILL
                               UNITED STATES DISTRICT JUDGE