| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | DAVID M. PORTER, Bar #127024<br>Assistant Federal Defender |
| 3 | Counsel Designated for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JORGE LOPEZ,<br><br>                Defendant. | No. Cr. F 09-299 LJO<br><br>**REQUEST TO EXTEND DEADLINE FOR FILING RESPONSE; ORDER**<br><br><br>Judge: Honorable LAWRENCE J. O'NEILL |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline for filing a response to the Court's February 27, 2015 order be extended to **April 25, 2015**. The undersigned is awaiting necessary paperwork from probation.

Dated: March 30, 2015

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS<br>
                                        Federal Defender

                                        */s/ David M. Porter*<br>
                                        DAVID M. PORTER<br>
                                        Assistant Federal Defender

**ORDER**

Pursuant to the request, and good cause appearing therefor, it is hereby ordered that the response to the Court's order of February 27, 2015, may be filed on or before April 25, 2015.

IT IS SO ORDERED.

    Dated: __**March 30, 2015**__          __/s/ Lawrence J. O'Neill__
                                                                      UNITED STATES DISTRICT JUDGE