HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORGE LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE LOPEZ,<br><br>Defendant. | No. Cr. F 09-299 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable LAWRENCE J. O'NEILL |
|---|---|

Defendant, JORGE LOPEZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On September 29, 2010, this Court sentenced Mr. Lopez to 120 months imprisonment;[1]

---

[1] Mr. Lopez was sentenced originally to a term of 168 months, on September 17, 2010. CR 113. As detailed in the motion to reduce sentence, filed on September 27, 2010, the 168-month sentence represented a calculation of the guideline range that failed to fully account for Mr. Lopez' mitigating role in the offense. CR 115. This Court granted that motion (which was unopposed by the government, CR 118) and entered judgment based on the amended calculation of Mr. Lopez' guideline range, for a term of 120 months. CR 120, 121.

Stipulation and Order Re: Sentence Reduction    1

3. His total offense level was 31, his criminal history category was I, and the resulting guideline range was 108 to 135 months. Pursuant to the parties' plea agreement, the court is authorized to sentence Mr. Lopez to a term below the 10-year mandatory minimum term;

4. The sentencing range applicable to Mr. Lopez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973, with an effective date of November 1, 2015;

5. Mr. Lopez' total offense level has been reduced from 31 to 29, and his amended guideline range is 97 to 121 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Lopez' term of imprisonment to a total term of 97 months, effective November 1, 2015.

Respectfully submitted,

Dated: June 19, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: June 19, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
JORGE LOPEZ

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Lopez is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 97 to 121 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2010 is reduced to a term of 97 months, effective November 1, 2015. If this sentence is less than the

amount of time the defendant has already served as of November 1, 2015, the sentence is reduced to a time served sentence. In no event is this Order to be understood as authorizing release prior to November 1, 2015 or authorizing a term of imprisonment less than the term actually served on November 1, 2015.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Lopez shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: **June 22, 2015**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE